**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01360-WYD-NYW

MARCELINA GARCIA DE MENDOZA,

      Plaintiff,

v.

ASPEN SQUARE CONDOMINIUM ASSOCIATION, INC.,

      Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

      IT IS ORDERED that a Scheduling Conference is set for **August 20, 2015 at 9:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at [www.cod.uscourts.gov](http://www.cod.uscourts.gov). The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to [Wang_Chambers@cod.uscourts.gov](mailto:Wang_Chambers@cod.uscourts.gov), on or before **seven days prior** to the Scheduling Conference.

DATED: July 14, 2015

                                                    BY THE COURT:

                                                    s/Nina Y. Wang_____
                                                    United States Magistrate Judge